UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEAN ADAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRAD GILLASPIE, City of Woodland Police Officer, an individual; CRAIG PRENTICE-WATTSON, City of La Center Police Officer, an individual; GROVER B. LASEKE, City of Woodland Chief of Police, an individual; TIM HOPKIN, La Center Police Department Chief of Police, an individual; CITY OF WOODLAND, a municipality, CITY OF LA CENTER, a municipality, and JOHN/JANE DOES 1-20,<br><br>Defendant. | Case No. C04-5551FDB<br><br>ORDER GRANTING STIPULATED ORDER EXTENDING TIME FOR COMPLETION OF DISCOVERY |

The Court, having considered the parties' stipulation to extend the deadline for discovery from July 25, 2005 until August 31, 2005, with no extension of any other deadlines or trial date, finds that the deadline shall be extended as requested.

ACCORDINGLY, IT IS ORDERED:

(1)   Discovery shall be completed by August 31, 2005; and

(2)   All other deadlines contained in the Court's Scheduling Order shall remain unchanged.

DATED this <u>12th</u> day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1