**HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEAN ADAMS, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> BRAD GILLASPIE, City of Woodland ) <br> Police Officer, an individual; ) <br> CRAIG PRENTICE-WATTSON, ) <br> City of La Center Police Officer, an ) <br> Individual; and  JOHN/JANE ) <br> DOES 1-20, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | NO.  C04 5551 <br><br> STIPULATED MOTION AND ORDER RE-NOTING DEFENDANTS MOTION TO STRIKE PLAINTIFF'S EXPERT FROM JULY 29, 2005 TO AUGUST 5, 2005 AND EXTENDING TIME FOR FILING OPPOSITON PAPERS <br><br> Noted for Consideration July 22, 2005 |

**STPULATED MOTION**

COMES NOW Plaintiff, SEAN ADAMS, by and through his attorney BEAU D. HARLAN, and defendant BRAD GILLASPIE, by and through his attorney DENNIS DUGGAN, and defendant CRAIG PRENTICE- WATTSON, by and through his attorney JOHN KUGLER, hereby stipulate and respectfully move the court for an order re-noting 'Defendant's Motion to Strike Plaintiff's Expert'

STIPULATED MOTION AND ORDER RE-NOTING
DEFENDANTS MOTION TO STRIKE PLAINTIFF'S
EXPERT AND EXTENDING TIME FOR FILING
OPPOSITION PAPERS - 1

HARLAN & BRACE
1353 Officer's Row
Vancouver, Washington  98661

(360) 694-6100
Portland (503) 636-6565

from July 29, 2005 to August 5, 2005 and extending the time for filing Plaintiff's response to defendant's motion from the current date of July 25, 2005 to August 1, 2005.

**BASIS FOR MOTION**

On July 13, 2005, defendant, City of La Center defendants filed a 'Motion to Strike Plaintiff's Expert.' The City of Woodland defendants subsequently filed an identical motion. Consistent with Local Civil Rule 7, the motion was noted for consideration July 29, 2005, 'the third Friday after filing and service of the motion.' Incidentally, under the same rule, Plaintiff's opposition papers are due Monday July 25, 2005. Counsel for Plaintiff will be out of the State on a pre-planned vacation the week of July 25, through July 29, 2005. In turn, Plaintiff will be unable to file opposition papers by the scheduled current deadline.

RESPECTFULLY SUBMITTED this 22 day of July, 2005.

By:     /s/
BEAU D. HARLAN, WSBA No. 23924
Of Attorneys for Plaintiff

By:     /s/
DENNIS DUGGAN, WSBA No. 1648
Of Attorney for Defendants Gillaspie,
Laseke and City of Woodland

By:     /s/
JOHN T. KUGLER, WSBA No. 19960
Of Attorney for Defendants Prentice-Wattson,
Tim Hopkins, and City of La Center

STIPULATED MOTION AND ORDER RE-NOTING
DEFENDANTS MOTION TO STRIKE PLAINTIFF'S
EXPERT AND EXTENDING TIME FOR FILING
OPPOSITION PAPERS - 2

HARLAN & BRACE
1353 Officer's Row
Vancouver, Washington 98661

(360) 694-6100
Portland (503) 636-6565

# ORDER

THIS COURT having been fully apprised of the facts and circumstances surrounding the 'Stipulated Motion Extending Time for Filing Plaintiff's Response to Defendant's Motion to Strike';

IT IS HEREBY ordered adjudged and decreed that the Defendant's motion shall be re-noted for consideration August 5, 2005 and 'Plaintiff's Response to Defendant's Motion to Strike' shall be due August 1, 2005.

DATED this 28th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE-NOTING
DEFENDANTS MOTION TO STRIKE PLAINTIFF'S
EXPERT AND EXTENDING TIME FOR FILING
OPPOSITION PAPERS - 3

HARLAN & BRACE

1353 Officer's Row
Vancouver, Washington 98661

(360) 694-6100
Portland (503) 636-6565