**HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

SEAN ADAMS, an individual,      )
      )
      )   NO.  C04 5551
      Plaintiff,      )
      )
      vs.      )
      )
      )   STIPULATED MOTION AND
BRAD GILLASPIE, City of Woodland      )   ORDER EXTENDING DEADLINE
Police Officer, an individual;      )   FOR ALTERNATIVE DISPUTE
CRAIG PRENTICE-WATTSON,      )   RESOLUTION
City of La Center Police Officer, an      )
Individual; and  JOHN/JANE      )
DOES 1-20,      )
      )
      )   Noted for Consideration: September
      Defendants.      )
_____)

## STPULATED MOTION

      COMES NOW Plaintiff, SEAN ADAMS, by and through his attorney BEAU D. HARLAN,

and defendant BRAD GILLASPIE, by and through his attorney DENNIS DUGGAN, and defendant

CRAIG PRENTICE- WATTSON, by and through his attorney JOHN KUGLER, hereby stipulate and

respectfully move the court for an order extending the deadline for completion of alternative dispute

resolution from August 3, 2005 to October 1, 2005.

## BASIS FOR MOTION

      The court set a deadline of August 3, 2005 for completion of alternative dispute resolution in

the instant matter.  To date, the parties have not engaged in any form of alternative dispute resolution;

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE FOR COMPLETION OF ALTERNATIVE
DISPUTE RESOLUTION - 1

HARLAN & BRACE
1353 Officer's Row
Vancouver, Washington  98661

(360) 694-6100
Portland (503) 636-6565

1
2
however, the parties are currently scheduled to participate in mediation on September 19, 2005 in

3
Tacoma, Washington.

4
      RESPECTFULLY SUBMITTED this ___ day of September, 2005.

5
By: _____/s/_____

6
      BEAU D. HARLAN, WSBA No. 23924
      Of Attorneys for Plaintiff

7
By: _____/s/_____

8
      DENNIS DUGGAN, WSBA No. 1648
      Of Attorney for Defendants Gillaspie,

9
      Laseke and City of Woodland

10
By: _____/s/_____

11
      JOHN T. KUGLER, WSBA No. 19960
      Of Attorney for Defendants Prentice-Wattson,

12
      Tim Hopkins, and City of La Center

13
**ORDER**

14
      THIS COURT having been fully apprised of the facts and circumstances surrounding the

15
'Stipulated Motion Extending Deadline for Alternative Dispute Resolution';

16
17
      IT IS HEREBY ordered adjudged and decreed that the deadline for completion of alternative

18
dispute resolution will be extended from August 3, 2005 to October 1, 2005.

19
      DATED this 9th day of September 2005.

20
21
22
      _____

23
      FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

24
25

STIPULATED MOTION AND ORDER EXTENDING
DEADLINE FOR COMPLETION OF ALTERNATIVE
DISPUTE RESOLUTION - 2

HARLAN & BRACE
1353 Officer's Row
Vancouver, Washington  98661

(360) 694-6100
Portland (503) 636-6565